# In the United States District Court
# For the Southern District Of Georgia
# Waycross Division

| | | |
|---|---|---|
| FRANKLIN L. WILLIAMS, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: CV515-006 |
| | * | |
| v. | * | |
| | * | |
| WARDEN WILLIAM BETHTORD, | * | |
| | * | |
| Respondent. | * | |

## ORDER

Presently before the Court are Petitioner Franklin Williams' ("Williams") Objections to the Magistrate Judge's Report and Recommendation dated June 8, 2015. Dkt. No. 7. After an independent and *de novo* review of the entire record, the Court **OVERRULES** Williams' Objections and **CONCURS** with and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

In his Objections, Williams maintains the Court has failed to rule on issues of merit. Williams states he filed his petition pursuant to 28 U.S.C. § 2241 because the remedy afforded under 28 U.S.C. § 2255 is inadequate or ineffective to challenge his conviction and sentence. Dkt. No. 9, pp. 1-2. Williams also states the reason his repeated claims have been

found by this Court to be procedurally defaulted is because he filed a complaint against the Honorable William T. Moore, Jr., in 2011, and a conflict of interest is present. Id. at p. 2.

Williams' Objections offer nothing more or different than what he stated in his original filings. However, as a point of clarification, the Court advises Williams the reason the merits of his Section 2241 petitions are not addressed is because he does not satisfy the savings clause, 28 U.S.C. § 2255(e). The Court rules in this manner because it is bound by the applicable law, not because of any alleged conflict of interest.

Williams' Objections are without merit and are **OVERRULED**. Consequently, Williams' petition for writ of habeas corpus, dkt. no. 1, and his Motion for Summary Judgment, dkt. no. 4, are **DISMISSED**, and the Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case. Furthermore, for the reasons stated in the Magistrate Judge's Report and Recommendation, Williams is hereby **DENIED** a certificate of appealability, and he is **DENIED** leave to appeal *in forma pauperis*.

**SO ORDERED**, this 4 day of August, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA